NUMBERS 13-03-260-CR and 13-03-261-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________


LAURIE BERTRAM , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 214th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam



 Appellant, LAURIE BERTRAM , perfected appeals from judgments entered by the 214th District Court of Nueces
County, Texas, in cause numbers 97-CR-2919-F and 98-CR-0495-F . Appellant has filed a motion to dismiss the appeals. 
The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 5th day of June, 2003 .